

**ORDERED in the Southern District of Florida on August 31, 2023.**

**Corali Lopez-Castro, Judge
United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

In re:

**MARILYS ALVAREZ**                                         Case Number 12-14410-CLC
SSN: XXX.XX.2064                                        Chapter 7

        Debtor.
_____/

### ORDER DENYING MOTION TO REOPEN CASE AS MOOT

**THIS CAUSE** came before the court on August 30, 2023, at 10:00 AM on the Debtor's *Motion to Reopen Case and for Determination of Entitlement to Settlement Proceeds [D.E. 27]* and the court having reviewed the file, heard argument of counsel and otherwise being fully advised in the premises, it is

**ORDERED AND ADJUDGED** as follows:

Page 2 of 2.

The Motion is denied as Moot. The case is not being reopened to administer the proceeds of the Essure Implant recovery as the recovery would be nominal to the estate and the Debtor may proceed accordingly.

###

Submitted by and Copy to:
Timothy S. Kingcade, Esq.
Kingcade & Garcia, P.A.
1370 Coral Way
Miami, FL 33145
Phone: (305) 285-9100
Fax: (305) 285-9542
scanner@miamibankruptcy.com

Attorney Kingcade is hereby directed to serve a copy of this order on all interested parties immediately upon receipt.